**2009–1572.  State v. Henry.**
Seneca App. No. 13–08–10, 2009-Ohio-3535.
PFEIFER, LUNDBERG STRATTON, and O'DONNELL, JJ., dissent.

**2009–1580.  State v. Hitchcock.**
Lake App. No. 2008–L–032, 2009-Ohio-4447. Discretionary appeal accepted; cause held for the decision in 2008–2502, *State v. Bodyke,* Huron App. Nos. H–07–040, H–07–041, and H–07–042, 2008-Ohio-6387; and briefing schedule stayed.

**2009–1581.  Sears v. State.**
Clermont App. No. CA2008–07–068, 2009-Ohio-3541. Discretionary appeal accepted; cause held for the decision in 2008–2502, *State v. Bodyke,* Huron App. Nos. H–07–040, H–07–041, and H–07–042, 2008-Ohio-6387; and briefing schedule stayed.

**2009–1582.  State v. Garner.**
Lake App. No. 2008–L–087, 2009-Ohio-4448. Discretionary appeal accepted; cause held for the decision in 2008–2502, *State v. Bodyke,* Huron App. Nos. H–07–040, H–07–041, and H–07–042, 2008-Ohio-6387; and briefing schedule stayed.

**2009–1585.  Dunbar v. State.**
Richland App. No. 2008CA0173, 2009-Ohio-3838. Discretionary appeal accepted; cause held for the decision in 2008–2502, *State v. Bodyke,* Huron App. Nos. H–07–040, H–07–041, and H–07–042, 2008-Ohio-6387; and briefing schedule stayed.

**2009–1588.  State v. Marks.**
Ashtabula App. No. 2008–A–0048, 2009-Ohio-3790. Discretionary appeal accepted; cause held for the decision in 2008–2502, *State v. Bodyke,* Huron App Nos. H–07–040, H–07–041, and H–07–042, 2008-Ohio-6387; and briefing schedule stayed.

**2009–1589.  In re J.M.**
Pike App. No. 08CA782, 2009-Ohio-4574. Discretionary appeal accepted on Proposition of Law No. I; cause held for the decision in 2008–1693, *State v. Arnold,* Franklin App. No. 07AP–789, 2008-Ohio-3471; and briefing schedule stayed.
PFEIFER and LUNDBERG STRATTON, JJ., would also accept the appeal on Proposition of Law No. II.

**2009–1602.  Pettiford v. Aggarwal.**
Montgomery App. No. 22736, 2009-Ohio-3642.
PFEIFER, LUNDBERG STRATTON, and O'DONNELL, JJ., dissent.

**2009–1604.  State v. Day.**
Adams App. Nos. 08CA865 and 08CA866, 2009-Ohio-3755. Discretionary appeal accepted on Proposition of Law No. I; cause held for the decision in 2008–2502, *State v. Bodyke,* Huron App. Nos. H–07–040, H–07–041, and H–07–042, 2008-Ohio-6387; and briefing scheduled stayed.

**2009–1622.  State v. Aleshire.**
Ross App. No. 09CA3093, 2009-Ohio-3921. Discretionary appeal accepted; cause held for the decision in 2008–2502, *State v. Bodyke,* Huron App. Nos. H–07–040, H–07–041, and H–07–042, 2008-Ohio-6387; and briefing schedule stayed.

**2009–1623.  State v. Gruszka.**
Lorain App. No. 08CA009515, 2009-Ohio-3926. Discretionary appeal accepted; cause held for the decision in 2009–1086, *Gildersleeve v. State,* Cuyahoga App. Nos. 91515, 91516, 91517, 91518, 91519, 91521, 91522, 91523, 91524, 91525, 91526, 91527, 91528, 91529, 91530, 91531, and 91532, 2009-Ohio-2031; and briefing schedule stayed.